**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __Pennsylvania__
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Rosemont Care and Rehabilitation Center, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

Rosemont Care & Rehab

**4. Debtor's federal Employer Identification Number (EIN)**

☑ Unknown

__ __ – __ __ __ __ __ __ __
EIN

**5. Debtor's address**

**Principal place of business**

35 Rosemont Avenue
Number    Street

_____

Bryn Mawr        PA    19010
City            State    ZIP Code

_____
County

**Mailing address, if different**

_____
Number    Street

_____
P.O. Box

_____    _____    _____
City            State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____    _____    _____
City            State    ZIP Code

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor  **Rosemont Care and Rehabilitation Center, LLC**   Case number (*if known*)_____
       Name

---

**6. Debtor's website** (URL) _____

---

**7. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other type of debtor. Specify: _____

---

**8. Type of debtor's business**

*Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the types of business listed.
☐ Unknown type of business.

---

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☐ No
☒ Yes.    See list of affiliated debtors with pending cases attached hereto as Exhibit A.

---

**Part 3:    Report About the Case**

**10. Venue**

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor   Rosemont Care and Rehabilitation Center, LLC          Case number (if known)_____
         Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Medline Industries, Inc. | Goods provided | $ 10,878.74 |
| Performance Food Group, Inc. | Goods provided | $ 13,548.74 |
| Specialized Medical Services, In. | Goods provided | $ 3,524.91 |
| | Total of petitioners' claims | $ 27,952.39 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | |
| Medline Industries, Inc. | Diane Vuocolo |
| Name | Printed name |
| Three Lakes Drive | Greenberg Traurig, LLP |
| Number   Street | Firm name, if any |
| Northfield, IL 60093 | 2700 Two Commerce Square, 2001 Market Street |
| City   State   ZIP Code | Number   Street |
| | Philadelphia, PA 19103 |
| **Name and mailing address of petitioner's representative, if any** | City   State   ZIP Code |
| | Contact phone 215-988-7803   Email vuocolod@gtlaw.com |
| Name | |
| | Bar number 47017 |
| Number   Street | |
| | State   PA |
| City   State   ZIP Code | |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| Executed on 09/07/2018 | X /s/ Diane Vuocolo |
| MM / DD / YYYY | Signature of attorney |
| X _[signature]_ Director, A/R Services | Date signed 09/07/2018 |
| Signature of petitioner or representative, including representative's title | MM / DD / YYYY |

Official Form 205           Involuntary Petition Against a Non-Individual           page 3

Debtor    Rosemont Care and Rehabilitation Center, LLC
        Name

Case number (if known) _____

**Name and mailing address of petitioner**

Performance Food Group, Inc.
Name

188 Inverness Drive West, Suite 700
Number  Street

Englewood, CO 80112
City           State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

BRADLEY BOE
Name

188 INVERNESS DR W, SUITE 700
Number  Street

ENGLEWOOD     CO    80112
City           State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/07/2018
        MM / DD / YYYY

X /s/ Bradley Boe
Signature of petitioner or representative, including representative's title

Diane Vuocolo
Printed name

Greenberg Traurig, LLP
Firm name, if any

2700 Two Commerce Square, 2001 Market Street
Number  Street

Philadelphia, PA 19103
City           State      ZIP Code

Contact phone  215-988-7803    Email  vuocolod@gtlaw.com

Bar number    47017

State    PA

X /s/ Diane Vuocolo
Signature of attorney

Date signed   09/07/2018
        MM / DD / YYYY

---

**Name and mailing address of petitioner**

Specialized Medical Services, Inc.
Name

5343 N. 118th Court
Number  Street

Milwaukee, WI 53225
City           State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number  Street

City           State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/07/2018
        MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Diane Vuocolo
Printed name

Greenberg Traurig, LLP
Firm name, if any

2700 Two Commerce Square, 2001 Market Street
Number  Street

Philadelphia, PA 19103
City           State      ZIP Code

Contact phone  215-988-7803    Email  vuocolod@gtlaw.com

Bar number    47017

State    PA

X /s/ Diane Vuocolo
Signature of attorney

Date signed   09/07/2018
        MM / DD / YYYY

Debtor    Rosemont Care and Rehabilitation Center, LLC         Case number (if known) _____

**Name and mailing address of petitioner**

Performance Food Group, Inc.
Name

188 Inverness Drive West, Suite 700
Number    Street

Englewood, CO 80112
City              State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City              State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/07/2018
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Diane Vuocolo
Printed name

Greenberg Traurig, LLP
Firm name, if any

2700 Two Commerce Square, 2001 Market Street
Number    Street

Philadelphia, PA 19103
City              State         ZIP Code

Contact phone  215-988-7803    Email  vuocolod@gtlaw.com

Bar number  47017

State  PA

✗ /s/ Diane Vuocolo
Signature of attorney

Date signed  09/07/2018
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Specialized Medical Services, Inc.
Name

5343 N. 118th Court
Number    Street

Milwaukee, WI 53225
City              State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City              State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/07/2018
             MM / DD / YYYY

✗ [signature] AR-MGR
Signature of petitioner or representative, including representative's title

Diane Vuocolo
Printed name

Greenberg Traurig, LLP
Firm name, if any

2700 Two Commerce Square, 2001 Market Street
Number    Street

Philadelphia, PA 19103
City              State         ZIP Code

Contact phone  215-988-7803    Email  vuocolod@gtlaw.com

Bar number  47017

State  PA

✗ /s/ Diane Vuocolo
Signature of attorney

Date signed  09/07/2018
             MM / DD / YYYY

# Exhibit A

## Pending Cases of Affiliated Debtors

Debtor: Doylestown Care and Rehabilitation Center, LLC        Relationship: Affiliate

District: Eastern District of Pennsylvania    Date Filed: 10/11/2018    Case No: Unknown

Debtor: Lancaster Care and Rehabilitation Center, LLC        Relationship: Affiliate

District: Eastern District of Pennsylvania    Date Filed: 10/11/2018    Case No: Unknown

Debtor: Lansdale Care and Rehabilitation Center, LLC        Relationship: Affiliate

District: Eastern District of Pennsylvania    Date Filed: 10/11/2018    Case No: Unknown

Debtor: Phoenixville Care and Rehabilitation Center, LLC        Relationship: Affiliate

District: Eastern District of Pennsylvania    Date Filed: 10/11/2018    Case No: Unknown

Debtor: Reading Care and Rehabilitation Center, LLC        Relationship: Affiliate

District: Eastern District of Pennsylvania    Date Filed: 10/11/2018    Case No: Unknown

Debtor: Stenton Care & Rehabilitation Center, LLC        Relationship: Affiliate

District: Eastern District of Pennsylvania    Date Filed: 10/11/2018    Case No: Unknown